Deraismes Hose Company, No. 1, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that if the defendant is liable at all, such liability did not arise for a period prior to about the 1st of October, 1902, and that the proof as to the quantity of material furnished and the reasonable price thereof during that time is too vague and indefinite to base any judgment thereon. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Henry Feldman, Appellant, v. Stephen Baldwin, Respondent.— Final order and order of the Municipal Court affirmed, with costs, on the ground that the landlord waived his right to object to the power of the court by ascribing to it power to amend his defective pleadings. Woodward, Jenks, Burr and Thomas, JJ., concurred; Hirschberg, P. J., voted to affirm generally.

Samson W. George, as Trustee of a Certain Trust Created by the Last Will and Testament of Philip R. George, Deceased, Respondent, v. Village of Chester, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term. (Reported in 59 Misc. Rep. 553.) Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Hugh F. Gordon, Respondent, v. New York Evening Journal Publishing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

William B. Gray, Respondent, v. New York, New Haven and Hartford Railroad Company, Appellant, Impleaded with The New York Central and Hudson River Railroad Company, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, Burr, Thomas, Rich and Carr, JJ.

Patrick F. Green, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Browne C. Hammond, Appellant, v. Charles Goell Construction Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

William E. Hanna, Respondent, v. S. Jennie Sorg, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Carr, JJ.

Benevolent and Protective Order of Elks, Respondent, v. The Improved Benevolent and Protective Order of Elks of the World, and the Grand Lodge of the Improved Benevolent and Protective Order of Elks of the World, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.